AO 245H (Rev. 12/03 - VAW Additions 1/06) Judgment in a Criminal Case for a Petty Offense (Short Form) Sheet 1

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 6 2008

JOHN F. CORCORAN, CLERK
BY: /s/ S. Taylor
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

UNITED STATES OF AMERICA
V.
ROBERT CAMPBELL

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** - Short Form
CASE NUMBER: DVAW708PO000464-001
CASE NUMBER:
USM NUMBER:

Waived
Defendant's Attorney

## THE DEFENDANT:

☒ THE DEFENDANT pleaded guilty to count(s)  one

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 2.35(b)(2) | Poss. Controlled Substance-Marijuana | 08/16/08 | 1 |

☐ Count(s) _____

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** | $ 10.00 | $ 250.00 | $ 25.00 |

It is further ordered that the defendant has 6 months to pay.

Defendant's Soc. Sec. No.: 0919
Defendant's Date of Birth: 1979

Defendant's Residence Address:
Fincastle, VA 24090

October 2, 2008
Date of Imposition of Judgment

/s/ Signature of Judge

Michael F. Urbanski, United States Magistrate Judge
Name and Title of Judge

10-6-08
Date

Defendant's Mailing Address:
Fincastle, VA 24090